UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH EARL HENDERSON                                CIVIL ACTION

VERSUS

COMMISSIONER OF THE SOCIAL                           NO.: 12-00809-BAJ-RLB
SECURITY ADMINISTRATION

## RULING AND ORDER

On February 20, 2014, United States Magistrate Judge Richard L. Bourgeois, Jr. issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that the final decision of the Commissioner of the Social Security Administration be affirmed, and that Plaintiff Joseph Earl Henderson's ("Henderson") appeal be dismissed, with prejudice. (Doc. 16.)

The Magistrate Judge's Report and Recommendation specifically notified Brown that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. (Doc. 20, p. 1.) A review of the record indicates that Henderson did not file written objections to the Magistrate Judge's Report and Recommendation.

Having carefully considered the Magistrate Judge's Report and Recommendation, the record, and the applicable law, the Court concludes that the

Magistrate Judge's Report is correct, and hereby adopts its findings of fact and conclusions of law.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 16)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **AFFIRMED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **DISMISSED**, with prejudice.

Baton Rouge, Louisiana, this 25th day of March, 2014.

*[signature]*

**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**